IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: GREASY CREEK<br><br>Debtor(s). | Case No. 05-10763<br>Chapter 7 |

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, L. Win Holbrook, Trustee of the above-captioned bankruptcy matter, Pursuant to Rule 3010 Fed.R.Bankr.P. and reports to the Court Clerk the following are unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| Heidi Moss<br>PO Box 24168<br>Denver, CO  80224 | $462.55 |
| TOTAL: | $462.55 |

On March 29, 2011 a check made payable to the Court Clerk will be hand delivered along with a filed copy of this pleading. These proceeds are to be deposited into the courts unclaimed funds account.

s/L.Win Holbrook
L. Win Holbrook, Trustee
100 North Broadway, Suite 3300
Oklahoma City, OK  73102
(405) 272-9241