IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: GREASY CREEK <br><br> Debtor(s). | Case No. 05-10763 <br> Chapter 7 |

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, L. Win Holbrook, Trustee of the above-captioned bankruptcy matter, Pursuant to Rule 3010 Fed.R.Bankr.P. and reports to the Court Clerk the following are unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| Saud Aldajah <br> 3107 W Colorado Ave. #153 <br> Colorado Springs, CO  80904 | $6.56 |
| G. Steve Kyker <br> 3508-A West Way Street <br> Tyler, TX  75703 | $2,417.53 |
| William Mathers <br> 1460 King George Rd <br> Sutton, VT  05867 | $14.44 |
| Brian Miller <br> 1023 Coral Ridge <br> Eagle Point, OR  97524 | $54.68 |
| TOTAL: | $2,493.21 |

On April 19, 2011, a check made payable to the Court Clerk will be mailed along with a filed copy of this pleading. These proceeds are to be deposited into the courts unclaimed funds account.

s/L. Win Holbrook
L. Win Holbrook, Trustee
100 North Broadway, Suite 3300
Oklahoma City, OK  73102
(405) 272-9241